IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIDGETT BEARDEN**                                                   **PLAINTIFF**

v.                       Case No. 4:20-cv-01210-KGB-JTK

**DOE**, *et al.*                                                   **DEFENDANTS**

### ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 12; 27). No written objections have been filed to either of these Proposed Findings and Recommendations, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

Based on the Court's review and adoption of the Proposed Findings and Recommendations: (1) plaintiff Bridgett Bearden may proceed with her conditions of confinement claim against defendant Tonya Parker in her personal capacity; (2) the Court dismisses without prejudice Ms. Bearden's official capacity claims against all defendants, 14-day quarantine claims against all defendants, payment for medication claims against all defendants, mail and notary services claims against all defendants, and conditions of confinement claims against defendants Doe, Grant, Gann, and Fashanke; (2) the Court dismisses without prejudice as parties to this lawsuit defendants Doe, Grant, Gann, and Fashanke; (3) the Court denies Ms. Bearden's motion for preliminary injunctive relief (Dkt. No. 19); and (4) the Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

2

It is so ordered this 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge