## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRIDGETT BEARDEN**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-01210-KGB-JTK**

**DOE,** *et al*.                                                                                          **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Bridgett Bearden's complaint is dismissed without prejudice.  The relief sought is denied.

So adjudged 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge